**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PROFESSIONAL FIGHTERS LEAGUE,
LLC,

                              **Plaintiff,**

-against-

WESTGATE MARKETING, LLC,

                              **Defendant.**

**1:25-cv-02699 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On April 4, 2025, the Court ordered Plaintiff to show cause by April 18, 2025 as to why

this case should not be dismissed for failure to properly plead subject matter jurisdiction.  ECF

No. 3; *Makarova v. United States*, 201 F.3d 110, 113 (2d Cir. 2000) ("A plaintiff asserting

subject matter jurisdiction has the burden of proving by a preponderance of the evidence that it

exists."), *cert. denied*, 140 S. Ct. 1117 (2020).  Such showing was not made.  Accordingly, this

case is dismissed without prejudice for lack of subject matter jurisdiction.  *See Veras v. Sirawan*

*Transportation, Inc.*, 501 F. Supp. 3d 142, 143 (E.D.N.Y. 2020) (dismissing case for failure to

respond to Order to Show Cause regarding subject matter jurisdiction).

**SO ORDERED.**

 **Dated**:    **April 29, 2025**
            **New York, New York**

_____

        **ANDREW L. CARTER, JR.**
        **United States District Judge**